IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHEN CHRISTOPHER                                                                PLAINTIFF
ADC #070231

V.                              NO. 5:05CV00294 JMM

LARRY NORRIS, et al                                                               DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 9th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE